168 F.3d 479
 Guy A. Matteson, III, Timothy L. Bell, Thomas Gati, Brent E.
Rozell, Lenworth Brown, Barris A. Cameron, Craig Canady,
Sr., Michael Clayton, William Colon, Joseph Courter, Michael
Cruz, Willie Davis, Jr., Earl W. Dawson, Charles W. Dudley,
Mordechai Epstein, Robert E. Fedak, Joseph DeGuida, Joseph
E. Henry, Vaughn L. Huron, Donald Ingram, Levern Jeffery,
Robert W. Lee, Sr., Frederick Madden, Donald Manning, Thomas
Patrick McGeehan, Jerry R. McIntosh, John K. Mosley,
 NOS. 97-5671, 97-5685
 United States Court of Appeals,
Third Circuit.
 October 15, 1998
 
 Appeal From: D.N.J. ,No.94-04967 ,
 Barry, J.,
 
 Appealing after remand 99 F.3d 108
 
 1
 Affirmed.